IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION NO. 16-263 |
|---|---|---|
| v. | : | |
| NELSON IRIZARRY | : | CIVIL ACTION NO. 20-4166 |

## ORDER

**AND NOW**, this 10th day of April, 2023, upon consideration of Nelson Irizarry's *pro se* Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Docket No. 54) and the Government's response thereto, and in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that the § 2255 Motion is **DENIED**. As Mr. Irizarry has failed to make a substantial showing of the denial of a constitutional right, there is no basis for the issuance of a certificate of appealability. The Clerk is directed to **CLOSE** Civil Action No. 20-4166.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.